JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENISE GRIMMETT, | ) | Case No. CV 11-4032 DSF (CWx) |
| Plaintiff, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| BANK OF AMERICA CORP., | ) ) ) | |
| Defendant. | ) ) ) | |

The Court having ordered that the complaint be dismissed without leave to amend as to Defendant Bank of America,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

DATED:   11/7/11

_____
Dale S. Fischer
United States District Judge