JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE GRIMMETT, <br><br> Plaintiff, <br><br> v. <br><br> HSBC NORTH AMERICA HOLDINGS INC., <br><br> Defendant. | Case No. CV 11-4032 DSF (CWx) <br><br> JUDGMENT |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the case be dismissed by consent of Plaintiff as evidenced by lack of opposition to a motion to dismiss,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

DATED: 11/7/11

_____
Dale S. Fischer
United States District Judge